IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. REX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEREMY FISHER, et al. | : | NO. 12-4045 |

## ORDER

AND NOW, this 14th day of August, 2012, upon consideration of plaintiff's pro se complaint and his motion to proceed in forma pauperis, it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff Steven A. Rex, #11540, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $32.33 is assessed. The Warden or other appropriate official at the Lehigh County Prison, where plaintiff is presently confined, or at any other correctional facility at which plaintiff may be confined, is directed to deduct $32.33 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 12-4045. Thereafter, until the full filing fee is paid, the Warden or other appropriate official at the Lehigh County Prison, or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at

the address provided above to be credited to Civil Action No. 12-4045.

3. The Clerk of Court is directed to send a copy of this Order to the Warden of the Lehigh County Prison.

4. In accordance with this Court's Memorandum, all further proceedings in this case are STAYED pursuant to <u>Younger v. Harris</u>, 401 U.S. 37 (1971), until plaintiff informs the Court that his related criminal proceeding has been resolved, including any available appellate or collateral proceedings.

5. The Clerk of Court shall TRANSFER this case to the civil suspense file.

**BY THE COURT:**

_____
MARY A. MCLAUGHLIN, J.